IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES E. SHANER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04CV638-SRW |
| ) | (WO) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Plaintiff commenced this action seeking review of the decision of the Commissioner of Social Security denying his claim for benefits. This court reversed the decision of the Commissioner and remanded the case pursuant to sentence four of 42 U.S.C. 405(g). On remand, the Commissioner determined that plaintiff was entitled to past-due benefits. The Commissioner withheld the amount of $ 28,753.75 from plaintiff's past-due benefits for payment of attorney fees. This action is presently before the court on the petition of plaintiff's counsel, pursuant to 42 U.S.C. § 406(b), for authorization to charge plaintiff an attorney's fee in the amount of $5,300.00 for 28.6 hours of work before this court. Plaintiff has filed an affidavit indicating his concurrence in his attorney's request. The Commissioner does not object (see Doc. # 18).

42 U.S.C. § 406(b)(1)(A) provides, in relevant part:

Whenever a court renders a judgment favorable to a claimant under this subchapter who was represented before the court by an attorney, the court may determine and allow as part of its judgment a reasonable fee for such

representation, not in excess of 25 percent of the total of the past-due benefits to which the claimant is entitled by reason of such judgment . . .

42 U.S.C. § 406(b)(1)(A).

Upon an independent review of the record, the court concludes that the fee sought is reasonable and does not exceed 25 percent of the total past due benefits payable to the plaintiff.

Accordingly, it is

ORDERED that plaintiff's motion for authorization of fees (Doc. # 15) is GRANTED, and the Commissioner is DIRECTED to pay to plaintiff's attorney the amount of $5,300.00 from plaintiff's withheld past due benefits.

DONE, this 9th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE